

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00751-CV

**IN RE K.J.C., JR.** and J.S.M., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02668
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED April 8, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice